1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7 RICKEY WARD,                              )
                                           )          2:12-cv-00835-MMD -VCF
8                        Plaintiff,         )
                                           )          **ORDER**
9 vs.                                       )
                                           )
10 STATE FARM MUTUAL AUTOMOBILE            )
   INSURANCE COMPANY,                      )          (Motion To Compel Responses to Request
11                                          )          for Production of Documents Against
                                           )          Plaintiff Rickey Ward #19)
12                       Defendant.          )
   _____ )

13        Before the court is defendants' Motion To Compel Responses to Request for Production of

14 Documents Against Plaintiff Rickey Ward.  (#19).  No Opposition was filed.

15        The instant motion filed on November 16, 2012, asks this court to compel plaintiff to produce

16 documents requested in defendants' Request for Production of Documents Nos. 26, 27, 28, and 29, or, in

17 the alternative, to provide authorizations so that defendants can obtain the documents sought.  (#19).  On

18 December 4, 2012, the parties filed a stipulation and order stating that plaintiff "produced, via U.S. Mail,

19 supplemental responses to State Farm's Requests to Produce Nos. 26, 27, 28, and 29 and provid[ed]

20 executed authorizations allowing State Farm to obtain the requested documents."  (#24).  The court signed

21 the stipulation on December 10, 2012.  (#25).

22
23        Accordingly, and for good cause shown,

24        **IT IS ORDERED** that defendants' Motion To Compel Responses to Request for Production of

   Documents Against Plaintiff Rickey Ward (#19) is DENIED as moot.

25        Dated this 10th day of December, 2012.

26

27        _____
          **CAM FERENBACH**
28        **UNITED STATES MAGISTRATE JUDGE**