# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKEY WARD, | Case No. 2:12-cv-00835-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO REMAND** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | (Dkt. No. 43) |
| Defendants. | |

Plaintiff Rickey Ward has moved to remand because the amount in controversy has fallen below $75,000 during the course of litigation.[1] In May 2012, Defendant State Farm Mutual Automobile Insurance Company properly removed this case on the basis of diversity jurisdiction under 28 U.S.C. §§ 1332, 1441, and 1446.[2] "[D]iversity jurisdiction is determined at the time the action commences, and a federal court is not divested of jurisdiction . . . if the amount in controversy subsequently drops below the minimum jurisdictional level."[3] Thus, Ward's argument is without merit.

Accordingly, the Court DENIES the motion to remand.

DATED this 7th of May, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] (Dkt. No. 43.)

[2] (Dkt. No. 1.)

[3] *Hill v. Blind Indus. & Servs. of Md.*, 179 F.3d 754, 757 (9th Cir. 1999), *opinion amended on denial of reh'g*, 201 F.3d 1186 (9th Cir. 1999).