ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. OBRIANT
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY WARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:12-cv-00835-APG-VCF<br><br><br>STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Rickey Ward and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), through their respective undersigned counsel of record, that all claims against State Farm

///
///
///
///
///
///
///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 28 day of January, 2014.  DATED this 18 day of December, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP    VANNAH & VANNAH

_/s/ Robert W. Freeman_    _/s/ Robert D. Vannah_

Robert W. Freeman
Nevada Bar No. 003062
Priscilla L. O'Briant
Nevada Bar No. 010171
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89188
*Attorneys for Defendants*

Robert D. Vannah
Nevada Bar No. 002503
John B. Greene
Nevada Bar No. 004279
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101

Chad M. Golightly
Nevada Bar No. 005331
GOLIGHTLY, LTD.
8560 S. Eastern Ave., #240
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated: January 28, 2015.

_____
UNITED STATES DISTRICT JUDGE